EDWARD W. BROWNING, Appellant, *v.* FRANCES H. BROWNING, Respondent.

*Jurisdiction — husband and wife — separation — power of court at Special Term to grant additional allowance for counsel fees and disbursements.*

*Browning* v. *Browning,* 221 App. Div. 801, affirmed.

(Argued February 13, 1928; decided February 24, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 1, 1927, which affirmed an order of Special Term granting a motion for an additional allowance for counsel fees and disbursements in an action for a separation. The following question was certified: " Did the court at Special Term have power to make the order appealed from herein? "

*Peter P. Smith, James J. McLoughlin* and *Kevie Frankel* for appellant.

*Maurice Smith* and *Henry Epstein* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.